**FILED**
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

04-888-JJF
03-557-KAJ
✳ 04-1500-JJF

CC: ROB

3/8/05

Dear Court Clerk

My Name is David Mayfield on February 23rd 2005 I was transfered from the Delaware Correctional Center in Smyrna to the Howard Young Prison facility formally known as Ganderhill. Noone from either facility has told me why I was Moved & I've written many letters to prison personnel and has recieved No Response. I've also written this Honorable Court in late February to Notify this court that I was transfered and this court has not Responded – under 04-888-JJF I have a Habius Corpus pending against Warden Carroll that I filed when I was in his facility in Smyrna. I am asking this Honorable Court to Respond as to what the Status on my pending Motions listed Above and whether or Not the Court is Aware that I was Moved to Another prison (please write Back)

David Mayfield