FILED
MAR 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

04-1500-JJF

Dear Judge Farnan

My Name is David Mayfield #260768. I filed a 1983 Motion in your Honorable Court in December on the 6th 2004. However the Court granted my in forma Pauperis and I had 30 Days from December 19th to Send in the Partial filing fee of $29.74. However on February 7th 2005 the Court Dismiss my motion Because of Not Receiving the filing fee on time, after Receiving the Courts letter in Regards to the Court Closing my case.

I filed a Motion for Reinstatement Because it was Not my fault That the Court Did Not Receive my Partial filing fee Because it was the error of the Prison Business Office and I sent proof to Support it and I Requested that the Court Hold the Delaware Correctional Center Business Office liable and order them to Pay the fee for my case - Because I sent the informa Pauperis forms to the Prisons Business 2 Days after Christmas and my inmate Account

their Reason for Not Sending the fee to the Courts was Due to Staffing Shortages. I should Not Be Held Accountable for the Prison's Staff shortages which was the cause for them Not Sending the Courts the $29.74 Partial filing fee. I am Not in a Position to see that the Courts Receive the fee on a timely fashion "then and Now".

On Wednesday february 23rd 2005 I was transfered up, to the Howard R. Young Correctional facility, I am not complaining of the transfer Because Now I am Home closer to my Mother.

I Pray that this Honorable Court Will Reinstate my 1983 motion - 04-1500 JJF Because of Delay error of the Business office at the Delaware Correctional Center in Smyrna. If I am Reinstated. Would my transfer effect my Argument Claims - Because my 1983 Argument Claims were Against Warden Thomas Carroll DR Ali and First Correctional Medical (F.C.M) E.T.A.L - Not the Howard R Young Correctional facility Warden Rafael Williams and first Correctional Medical at that facility where I was transfered to.

I am Resubmitting letter written on february 14 to this Honorable Court as to why the partial filing fee for Case 04-1500-JJF was not Received

Respectfully
David Mayfield

Reason for Late Filing fee for Case ———> Civil Act 04-1500-JJF

Dear Court Clerk

My Name is David Mayfield

The Above Case was Dismissed By the Court Because they Did Not Recieve my Partial Fileing fee." However I filed a Motion for Reenstatement Because it was Not my fault that the Courts Did Not Recieve my Payment — it was a Business office error as the Reason for the Courts Not Recieving my Partial Payment —

I also Submitted proof with my Motion for Reenstatement, that it was a Business office error. I've Been Writting the Business office Since Early January as to why the Partial Fileing fee was Not Removed from my Account. The Business office Finally Sent me a Memo Dated 2/14/05 as to the Reasons the Partial Fileing fee was Not Sent to the Courts.

Please See Attached Memo from the Business office —

I would also like to Know if the Courts Still Have all my letters, Paperwork, Sickcall Slips and Grievances Because I Spent Many Hours Prepareing those materia[l]

I am ask this Honorable Court to Reinstate this Case under 04-1500-JJF — and Hold

the Business office Responsible for Not Sending out the fileing as directed

I'm also asking that the Prison Be Responsible for the entire fileing fee Because they are Responsible for my Case Being Closed or I'm asking that the fileing fee Be Severed and allow me to only pay $75.00.

Please Respond

2/14/05

Sincerely

David Mayfield
Petitioner

*Exibit*

# MEMORANDUM

TO:       David Mayfield #260768

FROM:     Crawford, Inmate Accounts

DATE:     02/14/2005


I do apologize that the funds for filing fees were not deducted from your account. Due to staffing issues, in the business office this is one thing that has fallen behind. If you would send up a pay to for the amount of the filing fees they will get sent out. If you don't know the amount of the filing fees send us a blank Pay to along with a note letting us know what it is for, the business office will be glad to calculate it for you.

Pay to's get processed every week, so your filing fees will go out in a timely manor.


Thank You
Mrs. Crawford
Inmate Accounts
DCC

CLOSED

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01500-JJF
## Internal Use Only

Mayfield v. Carroll, et al
Assigned to: Judge Joseph J. Farnan Jr.
Demand: $0
Case in other court:  USDC/DE, 03cv292JJF
                     USDC/DE, 04cv888JJF
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/06/2004
Jury Demand: None
Nature of Suit: 555 Habeas Corpus
(Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

David L. Mayfield                     represented by  David L. Mayfield
                                                      SBI# 260768
                                                      Delaware Correctional Center
                                                      1181 Paddock Road
                                                      Smyrna, DE 19977
                                                      PRO SE

V.

**Defendant**

Warden Thomas Carroll

**Defendant**

First Correctional Medical

**Defendant**

Dr. Ali

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2004 | 1 | COMPLAINT filed. (els) (Entered: 12/08/2004) |
| 12/06/2004 | 2 | Letter dated 12/4/04 from David Mayfield to the Court regarding IFP (els) (Entered: 12/08/2004) |
| 12/07/2004 | 3 | Letter from pltf to Clerk of the Court w/IFP and Trust Fund Account Statement (dab) (Entered: 12/08/2004) |
| 12/07/2004 | 4 | MOTION by David L. Mayfield to Proceed in Forma Pauperis (dab) (Entered: 12/08/2004) |
| 12/15/2004 | 5 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 12/15/2004) |

| Date | # | Description |
|---|---|---|
| 12/17/2004 | 6 | ORDER granting [4-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. An initial partial filing fee of $29.74 shall be required. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 1/16/05 for David L. Mayfield ( signed by Judge Joseph J. Farnan Jr. ) copy to: Pltf w/Mag. Consent form (afb) (Entered: 12/21/2004) |
| 12/17/2004 |  | FILING FEE $ 150.00 assessed. (afb) (Entered: 12/21/2004) |
| 12/28/2004 | 7 | LETTER to the Court from pltf. re: his medical condition. (afb) (Entered: 12/29/2004) |
| 12/28/2004 | 8 | LETTER to the Court from the pltf. re: his medical condition. (afb) (Entered: 12/29/2004) |
| 12/28/2004 | 9 | LETTER to the court from pltf. re: his medical condition. (afb) (Entered: 12/29/2004) |
| 12/28/2004 | 10 | MOTION w/ Mem. in supp. by David L. Mayfield with Proposed Order Rule 65 Injunction re: [10-1] motion (afb) (Entered: 12/29/2004) |
| 12/28/2004 | 11 | PETITION by David L. Mayfield for Writ of Mandamus (afb) (Entered: 12/29/2004) |
| 01/06/2005 | 12 | MOTION by David L. Mayfield for Appointment of Counsel re: [12-1] motion (afb) (Entered: 01/11/2005) |
| 02/01/2005 | 13 | LETTER to the Court from pltf. re: pltf.'s 1983 motion. (afb) (Entered: 02/02/2005) |
| 02/07/2005 | 14 | ORDER dismissing without prejudice pltf.'s [1-1] complaint. Pltf. is not required to pay any previously assessed fees or the $150.00 filing fee. ( signed by Judge Joseph J. Farnan Jr. ) copies to: pltf. and pro se law clerk (afb) (Entered: 02/09/2005) |
| 02/07/2005 |  | Civil debt removed $ 150.00 by Judge Joseph J. Farnan Jr. (afb) (Entered: 02/09/2005) |
| 02/07/2005 |  | Case closed per DI #14. (afb) (Entered: 02/09/2005) |