IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DAVID MAYFIELD,                )
                               )
        Plaintiff,             )
                               )
        v.                     ) Civ. No. 04-1500-JJF
                               )
THOMAS CARROLL, FIRST          )
CORRECTIONAL MEDICAL, and      )
DR. ALI,                       )
                               )
        Defendants.            )
```

**ORDER GRANTING MOTION FOR RECONSIDERATION**

WHEREAS, on December 17, 2004, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 6);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, on February 7, 2005, this Court dismissed the plaintiff's complaint because the required documents were not filed within the time provided (D.I. 14);

WHEREAS, on February 15, 2005, the court received the plaintiff's motion for reconsideration asking the court not to dismiss the complaint and stating that he forwarded the authorization form to the prison business office (D.I. 16);

THEREFORE, at Wilmington this 18 day of April, 2005, IT IS ORDERED that the plaintiff's request is GRANTED. The plaintiff shall **file and returned to the court the attached authorization form** within thirty (30) days from the date this order is sent. If the plaintiff fails to file the authorization in the time provided, the Court shall dismiss the action without prejudice.

_____
United States District Judge