5/11/05

Dear Judge Farnan

My Name is David Mayfield # 260768 Ive Recieved the Courts letter stateing that I have 30 days from April 18th 2005 to ~~file~~ Send the Particial fileing fee, I am asking this Court to go Ahead And Dismiss the Law Suit and I will Re file when I am Released Back into Society — and my Reasons are as followed

① the Delaware Correctional Center should be Responsible for the fileing fee Because they are at fault for Not Sending the funds on time, Back in December 2004 in the first place.

② I Have 10 months left on my Sentence and I will Be Home by the time this Court Rules on it

③ I can't afford to send the fileing fee Now Because I Need whatever little Money my family Sends me to Survive in here Because the Canteen prices are outrageously high and inmates have to Pay for Medical Services and any Medications Needed.

④ Ive Been transfered from the Delaware Correctional Center to the Howard R. Young. the Delaware Correctional Center's Warden and Medical Service provider is who my lawsuit is Against — But Im no longer

there.

(5) I Have a Habies Corpes pending Before the Honorable Judge Joseph Farnan JR. under 04-888-JJF. thats Been Before the Hon. Judge Farnan JR. 10 months Now. I'm also one of the plaintiffs in a Law Suit Before the Hon. Kent Jordan in Civil Act 03-557-KAJ thats Been pending in this Court 23 months and frankly I Don't feel like adding another Case to the Waiting process that will still Be Active way after I'm Release. "once I'm Release I will Have Money and Obtain a Lawyer to file a law Suit againts the Warden and Health Care provider (F.C.M) at the Delaware Correctional Center in Amyrna.

\* I Should Not be Responsible for the fileing fee. Since I Showed written proof to this Court from the Business office Stateing that they were at fault.

Respectfully

David Mayfield
# 260768

Howard R. Young Corrections

Mayfield
75 E 12th St
Dela 19809

U.S.M.S. X-RAY



U.S. District Court
844 N King St
 Lock Box 18
Wilm, Dela 19801-3570



19801-3519